CITYTRUST *v.* PETER C. STEELE ET AL.
(12654)

LAVERY, FREEDMAN and CRETELLA, Js.

Submitted on briefs February 28—decision released March 22, 1994

*Christopher C. Noble,* for the appellant (named defendant et al.).

*Jonathan D. Elliot* and *Monica M. Copertino* filed a brief for the appellee (substitute plaintiff).

PER CURIAM. The judgment is affirmed and the case is remanded for the purpose of setting new law days.